**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MIGUEL CASTILLO GARCIA; CRUZ SANDRA MEDINA TORO, | No. 09-73153 |
| Petitioners, | Agency Nos. A076-724-012<br>A076-724-013 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 15, 2011[**]

Before:    CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

Miguel Castillo Garcia and Cruz Sandra Medina Toro, natives and citizens

of Mexico, petition for review of the Board of Immigration Appeals' order

dismissing their appeal from an immigration judge's order denying their motions to

reopen based on ineffective assistance of counsel.  We have jurisdiction under

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The agency did not abuse its discretion in denying petitioners' motions to reopen as untimely where they filed their motions more than four years after the final removal order in their cases, *see* 8 C.F.R. § 1003.23(b)(1), and petitioners failed to establish that they acted with the due diligence required for equitable tolling, *see Iturribarria*, 321 F.3d at 897 (equitable tolling available where "petitioner is prevented from filing because of deception, fraud, or error, as long as the petitioner acts with due diligence in discovering the deception, fraud, or error"); *see also Ghahremani v. Gonzales*, 498 F.3d 993, 1000 (9th Cir. 2007) (due diligence established where petitioner "demonstrated a steadfast pursuit of his case").

**PETITION FOR REVIEW DENIED.**